**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LANCE CONWAY WOOD, | No. 09-35594 |
| Plaintiff - Appellant, | D.C. No. 1:07-cv-00350-EJL |
| v. | |
| KEITH YORDY, Ex-Deputy Warden at Idaho State Correctional Institution (ISCI; et al., | MEMORANDUM [*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the District of Idaho
Edward J. Lodge, District Judge, Presiding

Submitted November 17, 2009[**]

Before: ALARCÓN, TROTT and TASHIMA, Circuit Judges.

Idaho state prisoner Lance Wood appeals pro se from the district court's

order denying his motion for a preliminary injunction in his 42 U.S.C. § 1983

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

HL/Inventory

action alleging that prison officials retaliated against him for exercising his right to access the courts.  We have jurisdiction under 28 U.S.C. § 1292(a)(1), and we affirm.

We express no view on the merits of the complaint.  Our sole inquiry is whether the district court abused its discretion in denying preliminary injunctive relief.  *The Lands Council v. McNair*, 537 F.3d 981, 986 (9th Cir. 2008)*; see Winter v. Natural Resources Defense Council*, 129 S. Ct. 365, 374 (2008) (listing factors for district court to consider).  We conclude the district court did not abuse its discretion.  Accordingly, we affirm the district court's order denying the preliminary injunction.

**AFFIRMED**.